

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FRANK W. RUPP
Douglas J. Gould, Plaintiff,

vs.

FIRST AMERICAN TITLE Company
a California corporation
Defendant.

CASE NO. 08 1939

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, Douglas J. Gould, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?          Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: Disabled since 2002

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2  N/A
3  _____
4  5.    Do you own or are you buying a home?       Yes ___  No ✓
5  Estimated Market Value: $_____  Amount of Mortgage: $_____
6  6.    Do you own an automobile?                   Yes ✓  No ___
7  Make  A 100 VAN   Year  1964   Model  Step van
8  Is it financed? Yes ___  No ✓  If so, Total due: $_____
9  Monthly Payment: $_____
10 7.    Do you have a bank account?  Yes ✓  No ___  (Do not include account numbers.)
11 Name(s) and address(es) of bank:  $423.00 Neg beleance
12 U.S. Bank Northgate Mall San Rafeal C.A.
13 Present balance(s): $ -$423.00 Negitive balance
14 Do you own any cash? Yes ✓  No ___  Amount: $ $26.00
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)                                    Yes ___  No ✓
17 _____
18 8.    What are your monthly expenses?  camp ground fee
19 Rent: $ 300 month for camp    Utilities:  Gas $200.00 month
20 Food: $ 129.00 month food stamp  Clothing: _____
21 Charge Accounts:
22 Name of Account           Monthly Payment           Total Owed on This Account
23 N/A                       $_____               $_____
24 _____                $_____               $_____
25 _____                $_____               $_____
26 9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28                                                    No
                                    - 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

07-5954 MHP

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4/11/08
DATE

Douglas J. Gould
SIGNATURE OF APPLICANT

- 4 -