FILED
2008 APR 25 PM 12: 34
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FRANK W. RUPP and DOUGLAS J. GOULD        PLAINTIFFS

Vs.

FIRST AMERICAN TITLE COMPANY, a California corporation.    DEFENDANT(s)

No CV08-01939 SBA

**REQUEST FOR INJUNCTION**

Plaintiff Frank W. Rupp is attempting to purchase a home and because of an lien on record with the Banking Institution placed by the Defendant, Frank W. Rupp cannot secure the personal loan needed from the Bank to buy this home because of the lien. Could this Court Please provide an Order directing the Bank of America to hold the lien in Abeyance until further notice from this Court. The deadline to buy this home is May 8th 2008. The Bank did approve Frank W. Rupp for a personal loan, and the Plaintiff did place a bid on the Home, but however, two days after the submitted bid, the Bank withdrew the loan because of the lien. Granting this Order should not have an burden upon the Defendant in the defense of this case before this Court. Thus, the Plaintiffs respectfully ask the Court to Grant the Order as soon as possible because of the deadline to buy the Home. Thank You.

_____ 4/24/08
Frank W. Rupp   Plaintiff

_____ 4/12/08
Douglas J. Gould   Plaintiff

# CERTIFICATE OF SERVICE

I, _Stephen Bonapille_, state that I am over 18 years of age and I am not party to this Court action, do hereby swear on the date of ___/___/08 did forward by United States Postal Priority Mail true copies of *Request for Injunction, Amendment to complaint, and Notice of Mailing,* to the below address. and copy of Complaint CV07-05954 MHP and complaint statement.

*Stephen Bonapille*

Corporate Headquarters Claims Department
The First American Corporation
First American Title
1 First American way
Santa Ana, California, 92707