FILED
2008 APR 25 PM 12: 34
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK W. RUPP and DOUGLAS J. GOULD.          Plaintiff(s) | No. CV08-01939 SBA |
| Vs. | **NOTICE OF MAILING** |
| FIRST AMERICAN TITLE COMPANY, a California corporation.    Defendant(s) | |

Dear Court Clerk,

Please be informed the waiver of summons and all related documents from this Court have been mailed onto the Defendant. See below for poof of this service. Thank You.



```
            USPS, CIVIC CENTER BRANCH
              SAN RAFAEL, California
                    949039998
                 0567830653 -0095
04/22/2008      (800)275-8777      01:14:22 PM

                  Sales Receipt
Product          Sale   Unit        Final
Description      Qty    Price       Price

SANTA ANA CA 92707                  $4.60
Zone-4 Priority Mail
 9.50 oz.
Delivery Confirmation               $0.65
Label #:        03080070000116882321
                                  ========
Issue PVI:                          $5.25
```

_____  4/24/08
Plaintiff Frank W. Rupp

_____  4/24/08
Plaintiff Douglas J. Gould

## CERTIFICATE OF SERVICE

I, _Stephen Bonapille_, state that I am over 18 years of age and I am not party to this Court action, do hereby swear on the date of ___/ /08 did forward by United States Postal Priority Mail true copies of *Request for Injunction, Amendment to complaint, and Notice of Mailing,* to the below address. and copy of Complaint CV07-05954 MHP and complaint statement.

*[signed] Stephen Bonapille*

Corporate Headquarters Claims Department
The First American Corporation
First American Title
1 First American way
Santa Ana, California, 92707