United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK W. RUPP and DOUGLAS J. GOULD,

    Plaintiffs,

v.

FIRST AMERICAN TITLE COMPANY,

    Defendant.

No. CV 08-01939 SBA

**ORDER**

On April 11, 2008, plaintiffs filed a Complaint, captioned *Rupp v. First American Title Co.* (Case No. 08-0939 SBA), which was assigned to this Court, and on the same date, filed a motion for Leave to Proceed *in forma pauperis*. On November 26, 2007, plaintiffs filed a Complaint, captioned *Rupp v. Citizens of the State of Nevada* (Case No. 07-05954 MHP) which was assigned to Judge Patel. Judgment was entered in Case No. 07-05954 MHP on January 3, 2008.

Both cases appear to concern substantially the same property, transaction, and event, *to wit*, the June 2003 sale of plaintiff Rupp's condominium located at 1860 Ellis Street in San Francisco, California.

Civil L.R. 3-12 provides that an action is related to another when: (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Accordingly, the Clerk is directed to refer Case No. 08-0939 SBA to Judge Patel with a request that Judge Patel consider whether the cases are related. The Clerk is further directed to send a copy of the referral to the parties pursuant to Civil L.R. 3-12.

**United States District Court**
For the Northern District of California

1     IT IS SO ORDERED.

2

3   Dated: 5/9/08                     *Saundra B Armstrong*
                                            SAUNDRA BROWN ARMSTRONG
                                            United States District Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FRANK W RUPP et al,

        Plaintiff,

v.

FIRST AMERICAN TITLE COMPANY et al,

        Defendant.

Case Number: CV08-01939 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frank W. Rupp
439 Butterfield
Cathedral City, CA 92234

Dated: May 12, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

3