COURT COPY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FRANK W. RUPP and DOUGLAS J. GOULD

Plaintiff(s),

CASE NO. Cv08-01939SBA

v.

FIRST AMERICAN TITLE COMPANY
1 California St. Suite 300
San Fransisco CA, 94111

Defendant(s).

NOTICE OF NEED FOR ADR PHONE CONFERENCE

FILED
JUN 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Counsel report that they have met and conferred regarding ADR and that they:

have not yet reached an agreement to an ADR process
request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  6/26/08  10:00AM

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| FRANK W. RUPP | PRO PER | 760-208-4674 | westyone@hotmail.com |
| DOUGLAS J. GOULD | PRO PER | CONFERANCE # 415-507-2555 | DOUGGOULD@yahoo.com |
| message # for D. Gould 415-4577372 ex 446 | | | |
| TERRI WINCHESTER | ATTORNEY FOR DEFENDANT | 510-7630500 | ? |
| JEFF LOWENTHAL | ATTORNEY FOR DEFENDANT | 415-421-3400 | ? |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 6-17-08

Frank W. Rupp
Doug J. Gould
pro per
Attorney for Plaintiff

Dated: _____

_____
Attorney for Defendant

Rev 12.05

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FRANK W. RUPP and DOUGLAS J. GOULD

                      Plaintiff(s),

                 v.

FRIST AMERICAN TITLE COMPANY
                      Defendant(s).
_____/

Case No. . CV08-01939SBA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6-17-08

                                  FRANK W. RUPP
                                  Douglas J. Gould
                                  [Party]

Dated: _____

                                  pro-per
                                  [Counsel]

PLEASE NOTE

      ATTORNEYS TERRI WINCHESTER AND JEFF LOWENTHAL FOR THE DEFENDANT HAVE BEEN INFORMED BY PHONE TO THEIR OFFICE OF THE CMC ON 6/26/08 AT 10:00 AM, ON THE DATE OF 6/18/08, AND BY U.S. POSTAL MAIL AS WELL ON 6/17/08.

## CERTIFICATE OF SERVICE

I, _[signature]_, do hereby state that on 6/17/08 by United States Postal Service Priority Mail did in fact mailed the forgoing,

(1- Copy ) NOTICE OF NEED FOR ADR PHONE CONFERENCE

AND

( 1- Copy ) ADR CERTIFICATION BY PARTIES AND COUNSEL

TO

Attorney(s) for defendant

JEFF LOWENTHAL, 1 California St. Suite 300, San Francisco CA, 94111

TERRI WINCHESTER, 1535 Harrison St. Oakland CA, 94162

AND

Filed in person with the Court Clerks Office on 6/18/08.