|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHREN DISTRICT OF CALIFORNIA | **FILED**<br>JUL -2 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND  |
| FRANK W. RUPP, and DOUGLAS J. GOULD<br>　　　　Plaintiffs<br><br>　　V.<br><br>FIRST AMERICAN TITLE COMPANY<br><br>　　　　Defendants | No. C08-01939SBA<br><br>**REQUEST TO WITHDRAW WAIVER OF COURT FILING FEE** |

We the Plaintiffs in the above forgoing Docket case number C08-01939SBA request to withdraw the requested waiver of the filing fee submitted to the Court on April 11, 2008. We wish to pay the file fee cost and serve the summons upon the defendant.

　　　　　　　　　　　　　　　　　　　　　　　　Thank You.


*Frank W. Rupp*　　　　　　　　　　　　　　*Douglas J. Gould*
Frank W. Rupp　　　　　　　　　　　　　　Douglas J. Gould
Plaintiff　　　　　　　　　　　　　　　　Plaintiff

-1-

TITLE OF DOCUMENT