```
                                                    FILED
                                                   JUL 10 2008
                                                RICHARD W. WIEKING
                                              CLERK, U.S. DISTRICT COURT
                                            NORTHERN DISTRICT OF CALIFORNIA
                                                      OAKLAND
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK W. RUPP, and DOUGLAS J. GOULD<br><br>Plaintiff(s),<br><br>v.<br>THE FIRST AMERICAN CORPORATION FOR<br>FIRST AMERICAN TITLE COMPANY +<br>Defendant(s). | No. C 08-01939SBA<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 7/10/08

Signature: *Douglas J. Gould*

Counsel for Pro-se
(Plaintiff, Defendant or indicate "pro se")