**FILED**

JUL 1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK W. RUPP and, DOUGLAS J. GOULD       Plaintiff (s) | No. C08-01939SBA |
| Vs, | NOTICE OF INTENT TO APPEAR AT CASE MANAGEMENT CONFERENCE |
| THE FIRST AMERICAN CORPORATION       Defendant (s) | |

Please take notice the Plaintiffs Frank W. Rupp and Douglas J. Gould will Attend the set date of the Initial Case Management Conference in Courtroom 3, 3rd Floor at 3:00 PM on 7/17/2008.

The Plaintiffs may or may not have Attorney appearance at said procedure.

_Frank W. Rupp_       Plaintiff

_Douglas J. Gould_       Plaintiff

# CERTIFICATE OF SERVICE

I, _____, hereby state, I am over 18 years of age, and I am not a party to this action before the Court, and on 7/   /2008 did mail by priority U.S. Postal 2 day mail the fore going to the listed address(s).

1, One copy of **NOTICE OF INTENT TO APPEAR AT CASE MANAGEMENT CONFERENCE.**

2, One copy of **NOTICE TO RESERVE RIGHT TO FILE RULE 26(F) REPORT.**

3, One copy of **PROOF OF SERVICE OF SUMMONS.**

The First American Corporation

1 First American Way

Santa Ana California, 92707

   And

First American Title Company

135 Main Street, Suite 1200

San Francisco, California 94105

**THE PLAINTIFFS WILL FAX THE SAID ABOVE DOCUMENTS TO THE LISTED ADDRESS(S) ON 7/10/2008.**