FILED
JUL 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK W. RUPP and, DOUGLAS J. GOULD     Plaintiff (s) <br><br> Vs, <br><br><br> THE FIRST AMERICAN CORPORATION <br><br> Defendant (s) | No. C08-01939SBA <br><br> **NOTICE TO RESERVE RIGHT** <br><br> **TO FILE RULE 26 (F) REPORT** |

On 7/10/2008 is the last day to File Rule 26 (f) Reports. The Plaintiffs request to reserve this procedure because the requirement to this Rule can not be fulfilled for reason the Defendant declined to attend the 6/26/2008 ADR Phone Conference.

The Plaintiffs request this Court Procedure be Reserved.

_Frank W. Rupp_ (signature)

Frank W. Rupp    Plaintiff

_Douglas J. Gould_ (signature)

Douglas J. Gould    Plaintiuff

1
2
3        **CERTIFICATE OF SERVICE**
4
5  I , _____, hereby state, I am over 18 years of age, and I am not a
6  party to this action before the Court, and on 7/   /2008 did mail by priority U.S. Postal 2 day mail
7  the fore going to the listed address(s).
8
9  1, One copy of **NOTICE OF INTENT TO APPEAR AT CASE MANAGEMENT**
10 **CONFERENCE.**
11 2,  One copy of **NOTICE TO RESERVE RIGHT TO FILE RULE 26(F) REPORT.**
12 3,  One copy of **PROOF OF SERVICE OF SUMMONS.**
13
14 The First American Corporation
15 1 First American Way
16 Santa Ana California, 92707
17    And
18 First American Title Company
19 135 Main Street, Suite 1200
20 San Francisco, California 94105
21
22 **THE PLAINTIFFS WILL FAX THE SAID ABOVE DOCUMENTS TO THE LISTED**
23 **ADDRESS(S) ON 7/10/2008.**
24
25
26
27
28