**FILED**

JUL 1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FRANK W. RUPP and, DOUGLAS J.                    No. C08-01939SBA

GOULD              Plaintiff (s)

      Vs,                                  **PROOF OF SERVICE**

                                                 **OF SUMMONS**


THE FIRST AMERICAN CORPORATION

           Defendant (s)

_____/

Please take notice that on 7/5/2008, the Defendant(s) did sign and receive the Summons to case No. C08-01939SBA and all Copies on File with this Court for said case Docket Number before this Court. Please see attached, U.S. Postal Service One Day Express Registered Mail.

Frank W. Rupp        Plaintiff                   Douglas J. Gould        Plaintiff

1

2

3

4   **ATTACHED PROOF OF SERVICE OF SUMMONS.**

5

6

7

8

9

10

11

12

| DER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature ☐ Agent  X ☐ Addressee  B. Received by ( Printed/Name)  *Davo Lossau*  C. Date of Delivery  7/8/00  D. Is delivery address different from item 1? ☒ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:  *THE FIRST AMERICAN CORPORATION  FIRST AMERICAN TITLE COMPANY  1 FIRST AMERICAN WAY  ANTA ANA C.A.  92707* | 3. Service Type  ☐ Certified Mail ☒ Express Mail  ☒ Registered ☐ Return Receipt for Merchandise  ☐ Insured Mail ☐ C.O.D.  4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number  *(Transfer from service label)*  **EH266582908US** | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

22

23

24

25

26

27

28