UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



FRANK W. RUPP, and DOUGLAS J GOULD

Plaintiff(s),

v.

THE FIRST AMERICAN CORORATION

Defendant(s).
_____/

CASE NO. C8-01939SBA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✔ have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference JULY 30, 2008 4;00 PM

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| FRANK RUPP  PLAINTIFF | PRO-SE | 760-208-4674 | WESTY1@.NET |
| DOUGLAS GOULD PLAINTIFF | PRO-SE | MARIN COUNTY LAW LIB 415-507-2555 | |
| RUSSELL MARNE PC PLAINTIFF | | 415-499-8100 | MARIN LAW GROUP |
| TERRI WINCHESTER ATTY DEFENDANT | | 510-763-0500 | ? |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 07/21/2008

Frank W. Rupp
Douglas J. Gould
Attorney for Plaintiff Pro-Se

Dated:_____

_____
Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."