UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA



FILED
JUL 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FRANK W. RUPP, and DOUIGLAS J. GOULD    PLAINTIFFS

C08-01939SBA

Vs.

PROOF OF SERVICE

THE FIRST AMERICAN CORPORATION

DEFENDANTS

_____/

PLEASE SEE THE ATTACHED CERTIFICATE OF SERVICE FOR ITS LISTINGS SERVED UPON THE DEFENDANT AND THEIR ATTORNEYS. THE PLAINTIFFS SERVED THE REQUIRED PARTYS BY FAX AND UNITED STATES POSTAL 2 DAY MAIL SERVICE, PLEASE SEE BELOW.

```
TRANSMISSION VERIFICATION REPORT

                              TIME : 07/21/2008 14:21

DATE,TIME         07/21 14:18
FAX NO./NAME      14154212234
DURATION          00:02:46
PAGE(S)           06
RESULT            OK
MODE              STANDARD
```

```
TRANSMISSION VERIFICATION REPORT

                              TIME : 07/21/2008 14:32

DATE,TIME         07/21 14:29
FAX NO./NAME      17142503313
DURATION          00:02:54
PAGE(S)           06
RESULT            OK
MODE              STANDARD
```

U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)
(Please Print Clearly)

94105

POSTAL CUSTOMER:
Keep this receipt. For inquiries:
Access Internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002    (See Reverse)

DELIVERY CONFIRMATION NUMBER: 0307 1790 0000 3905 9867

U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)
(Please Print Clearly)

92707

POSTAL CUSTOMER:
Keep this receipt. For inquiries:
Access Internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002    (See Reverse)

DELIVERY CONFIRMATION NUMBER: 0307 1790 0000 3905 9874



Frank Rupp
Plaintiff
7-21-08

Douglas Gould
Plaintiff
7-21-08

```
DATE,TIME              07/21 14:29
FAX NO./NAME           17142503313
DURATION               00:02:54
PAGE(S)                06
RESULT                 OK
```



# VICK COPY
"Test the Best"

## FAX

TO: THE FIRST AMERICAN CORPORATION

FROM: Rupp + Gould  PLAINTIFFS
(714 250 3313)

FAX# CALLED  714-250-3426

NO. OF PAGES — 6 — (INCLUDING THIS PAGE)

IF ANY PAGES ARE MISSING CALL (510) 549-1661

VICK COPY FAX NUMBER (510) 549-1221

MESSAGE: ATT - Claims Dept.

1, COPY Clerks NOTICE

1, COPY NOTICE ADR PHONE Conference
   Not yet Reached agreement

1, COPY ADR PHONE Conference
   Early Settlement Request

1, Joint management statement

1, Certificate of service

**905 UNIVERSITY AVENUE * BERKELEY, CA 94710 * (510) 549-1661**

```
DATE,TIME              07/21 14:18
FAX NO./NAME           14154212234
DURATION               00:02:46
PAGE(S)                06
RESULT                 OK
MODE                   STANDARD
```



# VICK COPY
"Test the Best"

## FAX

TO: First American Title Company

FROM: Rupp + Gould Plaintiffs

FAX# CALLED 415-421-2234

NO. OF PAGES — 6 — (INCLUDING THIS PAGE)

IF ANY PAGES ARE MISSING CALL (510)549-1661

VICK COPY FAX NUMBER (510)549-1221

MESSAGE: ATT- Winchester + Lowenthal

1, Copy Clerks Notice

1, Copy ADR Phone Conference
   Agreement Not Reached

1, Copy ADR + Early Settlement Request
1, Copy Joint Management Statement
1, Certificate of Service