UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA



FRANK W. RUPP, and DOUGLAS J. GOULD            PLIANTIFFS

No. C08-01939SBA

. Vs.

CERTIFICATE OF SERVICE STATEMENT

THE FIRST AMERICAN CORPORATION

DEFENDANTS

_____/

I, the undersigned, hereby state that on July 21, 2008 by Fax, please see attachment, 1 copy of CLERKS NOTICE ( CMC ) FOR JULY 17, 2008 MOVED to July 30, 2008, at 4:00 pm, and 1 copy each, NOTICE OF NEED FOR ADR PHONE CONFERENCE, (have not yet reached agreement to an ADR process) and of the same listed as (request an Early Settlement with a Magistrate Judge, and copy of NOTICE OF JOINT CASE MANAGEMENT STATEMENT CAPTION.

TO

THE FIRST AMERICAN CORPORATION, 1 FIRST AMERICAN WAY, SANTA ANA CALIFORNIA 923707, FAX # 714 – 250-3426

AND

FIRST AMERICAN TITLE COMPANY, 135 MAIN ST. SUITE 1200 SAN FRANCISCO CALIFORNIA 94105 FAX # 415-421-2234

AND ALL COPIES OF EACH BY U.S. POSTAL 2 DAY MAIL ON 07/21/2008. THE PLAINTIFFS ARE WITHOUT COUNSEL AND THE 10TH DAY FOR THIS SERVICE FELL ON A SUNDAY 07/20/2008.

*/s/ Frank W. Rupp*                                         */s/ Douglas J. Gould*

FRANK W. RUPP PLAINTIFF                             DOUGLAS J. GOULD PLAINTIFF