**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

FRANK W. RUPP and DOUGLAS J. GOULD,

Plaintiffs,

v.

FIRST AMERICAN TITLE COMPANY,

Defendant.

No. C 08-01939 SBA

**ORDER**

IT IS HEREBY ORDERED THAT the Case Management Conference set for July 30, 2008, at 4:00 p.m. is CONTINUED to September 17, 2008, at 3:45 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

July 30, 2008

Saundra Brown Armstrong
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FRANK W RUPP et al,

Plaintiff,

v.

FIRST AMERICAN TITLE COMPANY et al,

Defendant.
_______________________________________/

Case Number: CV08-01939 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Douglas J. Gould
Ritter House Homeless Services
16 Ritter Street
P.O. Box 3517
San Rafael, CA 94901

Frank W. Rupp
439 Butterfield
Cathedral City, CA 92234

Dated: July 30, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

FRANK W. RUPP and DOUGLAS J. GOULD,

Plaintiffs,

v.

FIRST AMERICAN TITLE COMPANY,

Defendant.

No. C 08-01939 SBA

**ORDER**

---

IT IS HEREBY ORDERED THAT the Case Management Conference set for July 30, 2008, at 4:00 p.m. is CONTINUED to September 17, 2008, at 3:45 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

July 30, 2008

Saundra B Armstrong
Saundra Brown Armstrong
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FRANK W RUPP et al,

Plaintiff,

v.

FIRST AMERICAN TITLE COMPANY et al,

Defendant.
_______________________________/

Case Number: CV08-01939 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Douglas J. Gould
Ritter House Homeless Services
16 Ritter Street
P.O. Box 3517
San Rafael, CA 94901

Frank W. Rupp
439 Butterfield
Cathedral City, CA 92234

Dated: July 30, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk