16 Ritter St 3517
San Rafael C.A. 94901
415-457-7372 Ex 446

**FILED**
AUG 1 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frank W. Rupp and Douglas J. Gould | CV08-01939SBA |
| Vs | STATEMENT TO THE COURT |
| First American Title Company | |

Plaintiff Douglas Gould and Attorney Lisa Black for the Defendant have agreed the Defendant did act illegal by filing an Complaint in the Reno District Court and wish to resolve this case as soon as possible. Plaintiff Frank Rupp was not part of the Phone discussions but agrees as well with this Statement. Attorney for Defendant has not yet set a time and date for both Plaintiffs and Attorney for Defendant to **meet and confer** as directed in the Court Order.

We request the Order for the ( CMC ) for September 17th 2008 to proceed forward as dated and the Mediation be Ordered to take place Ten (10) days before the CMC date as Stated.

Respectfully Submitted

*Frank W. Rupp*
Frank W. Rupp    Plaintiff

*Douglas J. Gould*
Douglas J. Gould   Plaintiff

08/19/08    Pro-Se


**YAHOO! MAIL** Classic

### Re: Case #CV8-01939SBA Rupp & Gould v Fatco(Frist Amer Title Company
Wednesday, August 13, 2008 5:34 PM

From: "West Rupp" <westyone@gmail.com>
To: "douglas gould" <douglasjgould@yahoo.com>

-----Inline Attachment Follows-----

the below is edited ;-)

On Wed, Aug 13, 2008 at 10:42 AM, douglas gould <douglasjgould@yahoo.com> wrote:
Atty. Lisa Black,
        Per our phone conversations to set a date and time to confer as requested, It is again requested from your office to call 415-457-7372 ex 446 and please leave the Date & Time before 30 day dead line to file with the court the Stipulation requirement before September 17th 2008. If your wishes are not to proceed any further with the case in Court, I suggest the Complaint be withdrawn from the Reno Court and all Money returned with interest, and this be done before the 30 days as mentioned, thus, the stipulation can be filed that we have met and confer and will reach an agreement out of Court. If you review the Demand For Jury Filed with the Court, you will find the statement in said document for the need of the Complaint to be withdrawn from the Reno Court. On a personal note, by withdrawing the case, and money returned, it will make life a little easier on my disabilities. Thank you for your time and concern. Resubmitted ; Frank W. Rupp and Douglas Gould.

--
http://westyone.com
http://MannaSachet.com
http://EFTWest.com

1
2
3                    **CERTIFICATE OF SERVICE**
4
5
6  I, _Douglas Gould_ do hereby state, that on 08/19/08, by United States Postal (3) day Mail Service, mail the forgoing;
7  **ADR LOCAL RULE 3-5**
   **NOTICE OF NEED FOR MEDIATION**
8  **NOTICE OF NEED FOR ADR PHONE CONFERENCE**
   **ADR CERTIFICATION BY PARTIES AND COUNSEL**
9  **STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS**
   **STATEMENT TO THE COURT**
10
11
                         **AT THE FORGOING ADDRESS**
12
13 Attorney Lisa Black
   1 California Street
14 San Francisco, CA 94111
15
16
17
18
19                                            _Douglas J. Gould_
                                              Douglas J. Gould
20                                                              08/19/08
21
22
23
24
25
26
27
28