UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FRank W, Rupp and Douglas J. Gould

CASE NO. CV08-01939SBA

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

First American Title Company

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process
☒ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  9-17-08  3:45 P.M

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Judge Armstrong | Court | 510-637-3559 | |
| Frank Rupp | Peo-se Plaintiff | 760-208-4674 | |
| Douglas Gould | Pro-se Plaintiff | 415-507-2555 | |
| Lisa Black | Defendant | 415-743-3815 | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 08/19/08

Frank Rupp + Douglas Gould, PRo-se
Attorney for Plaintiff

Dated:_____

_____
Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

1
2
3                              **CERTIFICATE OF SERVICE**
4
5
6  I, _Douglas J. Gould_ do hereby state, that on 08/19/08, by United States Postal (3)
   day Mail Service, mail the forgoing;
7  ADR LOCAL RULE 3-5
   NOTICE OF NEED FOR MEDIATION
8  NOTICE OF NEED FOR ADR PHONE CONFERENCE
   ADR CERTIFICATION BY PARTIES AND COUNSEL
9  STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS
   STATEMENT TO THE COURT
10
11
                              AT THE FORGOING ADDRESS
12
13  Attorney Lisa Black
    1 California Street
14  San Francisco, CA 94111
15
16
17
18
19                                               _Douglas J. Gould_
                                                  Douglas J. Gould   08/19/08
20
21
22
23
24
25
26
27
28