UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



Frank W. Rupp and Douglas J. Gould

         Plaintiff(s),

v.

First American Title Company

         Defendant(s).
_____/

Case No. CV08-01939SBA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 08/19/08                                       *Frank Rupp & Douglas Gould*
                                                                   Rupp and Gould
                                                                   [Party]

Dated: 08/19/08                                       Pro-se
                                                                   [Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

## CERTIFICATE OF SERVICE

I, _Douglas J. Gould_ do hereby state, that on 08/19/08, by United States Postal (3) day Mail Service, mail the forgoing;
**ADR LOCAL RULE 3-5**
**NOTICE OF NEED FOR MEDIATION**
**NOTICE OF NEED FOR ADR PHONE CONFERENCE**
**ADR CERTIFICATION BY PARTIES AND COUNSEL**
**STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS**
**STATEMENT TO THE COURT**

**AT THE FORGOING ADDRESS**

Attorney Lisa Black
1 California Street
San Francisco, CA 94111

_Douglas J. Gould_
08/19/08