RECEIVED
AUG 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Frank W. Rupp and Douglas J. Gould

CASE NO. CV08-01939SBA

Plaintiff(s),

v.

First American Title Company

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
      the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓     other requested deadline  Mediation before ( CMC ) Ordered for September 17, 2008

Dated: 08/19/08

                                      Rupp and Gould   Pro-se
                                      Attorney for Plaintiff

Dated: 08-19-08

                                      Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
        other

IT IS SO ORDERED.


Dated:_____                    _____

                                                                            UNITED STATES MAGISTRATE JUDGE

1
2
3                    **CERTIFICATE OF SERVICE**
4
5
6  I, _Douglas J. Gould_ do hereby state, that on 08/19/08, by United States Postal (3) day Mail Service, mail the forgoing;
7  **ADR LOCAL RULE 3-5**
   **NOTICE OF NEED FOR MEDIATION**
8  **NOTICE OF NEED FOR ADR PHONE CONFERENCE**
   **ADR CERTIFICATION BY PARTIES AND COUNSEL**
9  **STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS**
   **STATEMENT TO THE COURT**
10
11
                         **AT THE FORGOING ADDRESS**
12
13  Attorney Lisa Black
    1 California Street
14  San Francisco, CA 94111
15
16
17
18
19                                          _Douglas J. Gould_
                                            Douglas J. Gould
20                                                08/19/08
21
22
23
24
25
26
27
28