1  Jeffrey H. Lowenthal (State Bar No. 111763)
   Lisa Marie Black (State Bar No. 226360)
2  STEYER LOWENTHAL BOODROOKAS
    ALVAREZ & SMITH LLP
3  One California Street, Third Floor
   San Francisco, California 94111
4  Telephone (415) 421-3400
   Facsimile: (415) 421-2234
5  Email: lblack@steyerlaw.com

6  Attorneys for Defendant
   First American Title Company
7

8

9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                            (Oakland)
12

13
   FRANK W. RUPP and DOUGLAS J.         )    CASE NO. CV08-01939-SBA
14 GOULD,                               )
                                        )
15            PlaintiffS,               )    CERTIFICATE OF INTERESTED
   vs.                                  )    ENTITIES OR PERSONS
16                                      )
   FIRST AMERICAN TITLE COMPANY, a      )
17 California corporation,              )
                                        )
18            Defendant.                )
                                        )
19 _____ )

20

21

22

23

24

25

26

27

28

---

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
S:\F\Rupp\2008 FEDERAL CASE\Certificate of Interested Parties.wpd

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, the following listed entities have a financial and non-financial interest in the subject matter in controversy or as a party to the proceeding:

| Name of interested Entity or Person | Nature of Interest |
|---|---|
| First American Title Company | Party |
| First American Corporation | Parent of First American Title Company |

Dated: September 5, 2008

STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP

By: /s/ Lisa Marie Black
Lisa Marie Black
Attorneys for Defendant
First American Title Company

- 1 -