```
 1   Jeffrey H. Lowenthal (State Bar No. 111763)
     Lisa Marie Black (State Bar No. 226360)
 2   STEYER LOWENTHAL BOODROOKAS
      ALVAREZ & SMITH LLP
 3   One California Street, Third Floor
     San Francisco, California  94111
 4   Telephone  (415) 421-3400
     Facsimile: (415) 421-2234
 5   Email: lblack@steyerlaw.com

 6   Attorneys for Defendant
     First American Title Company
 7

 8

 9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                                    (Oakland)

12

13
     FRANK W. RUPP and DOUGLAS J.          )    CASE NO. CV08-01939-SBA
14   GOULD,                                )
                                           )
15                 Plaintiffs,             )    PROOF OF SERVICE
     vs.                                   )
16                                         )
     FIRST AMERICAN TITLE COMPANY, a       )
17   California corporation,               )
                                           )
18                 Defendant.              )
                                           )
19   _____)

20

21

22

23

24

25

26

27

28
```

---

PROOF OF SERVICE
S:\F\Rupp\Pm.Ph\Proof of Service - Pleading Cover Sheet.wpd

PROOF OF SERVICE (1013A(3) C.C.P.)

I declare that I am over the age of eighteen years and that I am not a party to this action. I am an employee of Steyer Lowenthal Boodrookas Alvarez & Smith LLP, and my business address is One California Street, Suite 300, San Francisco, CA 94111.

On the date set forth below, I served the following document(s):

(1)   **FIRST AMERICAN'S CASE MANAGEMENT CONFERENCE STATEMENT;**
(2)   **FIRST AMERICAN'S CASE MANAGEMENT CONFERENCE STATEMENT - CORRECTED PLEADING COVER PAGE** and
(3)   **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

[x]   by sending the true copies thereof as designated below:

[x]   by placing [ ] the original [x] a true copy thereof enclosed in sealed envelopes addressed as follows:

Frank W. Rupp
439 Butterfield
Cathedral City, CA 92234
*Tel: 760-208-4674*
*email:* westyone@gmail.com
*[Plaintiff In Pro Per]*

Douglas J. Gould
Ritter House Homeless Services
16 Ritter Street
P.O. Box 3517
San Rafael, CA 94901
*Tel: 415-457-7372 ex. 446*
email: douglasjgould@yahoo.com
*[Plaintiff In Pro Per]*

[x]   **BY MAIL.** I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, to wit, that correspondence will be deposited with the U.S. Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 5, 2008 at San Francisco, California.

_____
Lisa Marie Black

S:\F\Rupp\Pm.Ph\POS.Mail.wpd